FILED

2019 SEP -4 P 4: 42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAAFAR KHALA ALJUBORE,<br><br>　　　　　　　Defendant. | Case No. **19CR3476 BTM**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 2244(b) – Abusive Sexual Contact; Title 49, U.S.C., Sec. 46506(1) – Application of Certain Criminal Laws to Acts on Aircraft |

The grand jury charges:

On or about September 11, 2017, while aboard American Airlines flight #584, an aircraft in flight in the special aircraft jurisdiction of the United States, on a nonstop flight from San Diego, California, in the Southern District of California, defendant JAAFAR KHALA ALJUBORE, did with intent to abuse, harass, humiliate, and degrade L.H. and to arouse and gratify the sexual desire of any person, knowingly and intentionally engage in sexual contact with L.H. without her permission, to wit, by intentionally touching without permission L.H.'s inner thigh; in violation of Title 18, United States Code, Section 2244(b), and Title 49, United States Code, Section 46506(1).

Dated: September 4, 2019.

A TRUE BILL.

/s/ Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: /s/ Jonathan I. Shapiro
JONATHAN I. SHAPIRO
Assistant U.S. Attorney

JIS:nlv(cms):San Diego:9/4/19